# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

NICHOLAS CLINE,

    Plaintiff,

v.                                        CIVIL ACTION NO. 1:22-CV-2021 JRS-DLP

EQUIFAX INFORMATION SERVICES, LLC,
and
TRANS UNION, LLC,
and
EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendants.

## SUMMONS IN A CIVIL ACTION

To:

    EQUIFAX INFORMATION SERVICES LLC
    c/o CORPORATION SERVICE COMPANY
    135 NORTH PENNSYLVANIA STREET, SUITE 1610
    INDIANAPOLIS, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

    Duran L. Keller (31743-79)
    KELLER LAW
    8 North Third Street, Suite 403
    Lafayette, Indiana 47901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

*CLERK OF COURT, Roger A.G. Sharpe*

Date: 10/17/2022                               BY: *Daniel J. Habing*
                                                                     *Deputy Clerk*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

NICHOLAS CLINE,

    Plaintiff,

v.                                           CIVIL ACTION NO. 1:22-CV-2021

EQUIFAX INFORMATION SERVICES, LLC,
and
TRANS UNION, LLC,
and
EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendants.

## SUMMONS IN A CIVIL ACTION

To:

    EXPERIAN INFORMATION SOLUTIONS, INC.
    c/o C T CORPORATION SYSTEM
    150 WEST MARKET STREET, SUITE 800
    INDIANAPOLIS, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

    Duran L. Keller (31743-79)
    KELLER LAW
    8 North Third Street, Suite 403
    Lafayette, Indiana 47901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

*CLERK OF COURT, Roger A.G. Sharpe*

Date: 10/17/2022                                  BY: *Daniel J. Habring*
                                                                          *Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NICHOLAS CLINE,

    Plaintiff,

v.                                                   CIVIL ACTION NO. 1:22-CV-2021

EQUIFAX INFORMATION SERVICES, LLC,
and
TRANS UNION, LLC,
and
EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendants.

**SUMMONS IN A CIVIL ACTION**

To:

TRANS UNION LLC
c/o BUSINESS COMMERCIAL REGISTERED AGENT
135 NORTH PENNSYLVANIA STREET, SUITE 1610
INDIANAPOLIS, IN 46204

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney whose name and address are:

Duran L. Keller (31743-79)
KELLER LAW
8 North Third Street, Suite 403
Lafayette, Indiana 47901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

*CLERK OF COURT, Roger A.G. Sharpe*

Date: 10/17/2022                                       BY: *Daniel J. Haring*
                                                                    *Deputy Clerk*