UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NICHOLAS CLINE,<br><br>    *Plaintiff*,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    *Defendants*. | Case No. 1:22-cv-02021-TWP-MJD |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Nicholas Cline, by Counsel, and Experian Information Solutions, Inc., also by Counsel, having filed their Stipulation of Dismissal with Prejudice Between Plaintiff and Defendant Experian, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Nicholas Cline against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiff Nicholas Cline and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Date: 6/16/2025

                                                                 Hon. Tanya Walton Pratt, Chief Judge
                                                                  United States District Court
                                                                  Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system